EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Carmen Pilar Cruz Rosario Diana Coral Méndez Ondina | 2007 TSPR 135 171 DPR _____ |
|---|---|

Número del Caso: CP-2003-14

Fecha: 28 de junio de 2007

Oficina del Procurador General:

> Lcda. Yvonne Casanova Pelosi
> Procuradora General Auxiliar
>
> Lcda. Edna Evelyn Rodríguez Benítez
> Procuradora General Auxiliar

Abogados de las Querelladas:

> Lcdo. Pedro E. Ortiz Álvarez
> Lcdo. Jesús Antonio Rodríguez Urbano

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Carmen Pilar Cruz Rosario          CP-2003-14          Querella
Diana Coral Méndez Ondina

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de junio de 2007.

Examinados el Informe del Comisionado Especial del 3 de enero de 2005, los comentarios y objeciones al Informe presentados por el Sr. Carlos Montañez Avilés y la Lcda. Sylvia Vilanova Hernández, el Escrito en torno a la comparecencia del Sr. Carlos F. Montañez Avilés y la Lcda. Sylvia Vilanova Hernández presentado por la Oficina del Procurador General, el Informe Suplementario del Comisionado Especial del 16 de marzo de 2007 y los demás escritos presentados por las partes en el asunto de epígrafe, se ordena el archivo de la presente querella.

Se apercibe a las licenciadas Carmen P. Cruz Rosario y Diana C. Méndez Ondina que tienen el deber de tratar a los Jueces del País con el mayor respeto y deferencia, y que cualquier imputación a éstos tiene que estar avalada con evidencia contundente e indubitada. Canon 9 de Ética Profesional; In re Crespo Enríquez, 147 D.P.R. 746 (1999).

Se les apercibe igualmente que tienen el deber de actuar siempre conforme a los cánones de ética de la abogacía, aun frente a los requerimientos de sus clientes.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo